**Kristy Rochelle**

| | |
|---|---|
| **From:** | Kristy Rochelle |
| **Sent:** | Friday, October 3, 2025 3:26 PM |
| **To:** | InterdistrictTransfer_VAED |
| **Subject:** | Vladyslav Fitsak; ED/VA Case No. 2:25-cr-99; ED/AR Case No. 4:25-mj-238 BBM - Rule 5 Papers |
| **Attachments:** | Fitsak Docket Sheet- LIVE.pdf |

Good afternoon,

On October 2, 2025, Vladyslav Fitsak appeared in the Eastern District of Arkansas on a warrant issued by your Court in Case No. 2:25-cr-99. Attached is a certified copy of the docket sheet and case documents regarding Mr. Fitsak's initial appearance before Magistrate Judge Benecia B. Moore.

Sealed documents will be sent separately by overnight mail.

Please let me know if you have any questions.

Thanks,
Kristy



Kristy Rochelle
Courtroom Deputy To Judge Benecia B. Moore
UNITED STATES DISTRICT COURT
Eastern District of Arkansas

501-604-5124
Kristy_Rochelle@ared.uscourts.gov

1